# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SAMUEL R CALLOWAY, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 5:22-CV-162 (CAR) |
| : | |
| RITE WAY ANIMAL REMOVAL, LLC : | |
| and OMAR HASSAN, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS

Currently before the Court is Plaintiff Samuel Calloway's Motion for Sanctions pursuant to Fed. R. Civ. P. 37. Having considered the parties' briefs and arguments at the Motion hearing, the Court **DISMISSES** Plaintiff's Motion [Doc. 29] for failing to comply with the procedural requirements contained in the Court's Scheduling and Discovery Order.[1]

The Scheduling and Discovery Order requires parties to contact chambers and request a telephone conference with the Court "[b]efore moving for an order relating to discovery, including motions to compel or contested motions for protective orders."[2] Plaintiff failed to contact the Court or request a telephone conference before filing the

---

[1] Scheduling and Discovery Order, [Doc. 19]
[2] *Id*.

present Motion.³ As a result, Plaintiff's Motion [Doc. 29] is **DISMISSED** for failing to comply with the procedural requirements contained in the Scheduling and Discovery Order.

      **SO ORDERED**, this 7th day of September, 2023.

                                      s/ C. Ashley Royal
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

---

³ The Court notes that the parties would've saved themselves—and the Court—considerable time had these issues been promptly raised and addressed in a telephone conference without weeks of briefing and amended briefing.