IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMUEL R CALLOWAY, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-00162-CAR |
| | * |
| RITE WAY ANIMAL REMOVAL LLC and OMAR HASSAN, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk