**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **SAMUEL R. CALLOWAY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 5:22-CV-162 (CAR)** |
| **RITE WAY ANIMAL REMOVAL LLC** | : | |
| **and OMAR HASSAN,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

Before the Court is Plaintiff Samuel R. Calloway's Motion to Seal Documents, containing unredacted financial account-numbers,[1] filed in support of Plaintiff's Notice of Contempt and Incorporated Motion for Specific Performance of Settlement Agreement.[2] Defendants have not responded to the Motion, and the time to do so has passed. Because Plaintiff shows good cause, Plaintiffs' Motion to Seal Documents is **GRANTED** [Doc. 59], and the Clerk of Court is **DIRECTED** to seal the attachments at Doc. 58-1.

It is well-settled in the Eleventh Circuit that "[t]he operations of the courts and the judicial conduct of judges are matters of utmost public concern," and the integrity of the

[1] Doc. 58-1.
[2] Doc. 58.

judiciary is maintained by the public's right of access to court proceedings.[3] "Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case."[4] Accordingly, there is a presumptive right of public access to public records and documents filed in judicial proceedings.[5] But "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."[6] In that regard, "[a] party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information."[7] The Federal Rules of Civil Procedure recognize that a party has a strong privacy interest in their financial-account numbers.[8]

Here, Plaintiff inadvertently filed documents containing the parties' unredacted financial-account numbers in support of Plaintiff's Notice of Contempt and Incorporated

[3] *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007) (citation omitted).

[4] *Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992).

[5] *Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) ("The common-law right of access to judicial proceedings, an essential component of our system of justice, is instrumental in securing the integrity of the process.") (citation omitted); *Perez-Guerrero v. U.S. Atty. Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013) ("[B]oth judicial proceedings and judicial records are presumptively available to the public[.]") (citation omitted); *see also Romero*, 480 F.3d at 1246 ("[T]here is a presumptive right of public access to pretrial motions of a nondiscovery nature, whether preliminary or dispositive, and the material filed in connection therewith.") (citation omitted).

[6] *Romero*, 480 F.3d at 1246 (internal quotation omitted) (citation omitted).

[7] *Id.* (citations omitted).

[8] Fed. R. Civ. P. 5.2(a)(4). Under Fed. R. Civ. P. 5.2(a)(4), "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains . . . a financial-account number, a party or nonparty making the filing may include only[] . . . the last four digits of the financial-account number." *Id.*

Motion for Specific Performance of Settlement Agreement.[9] The Court finds Plaintiff has shown good cause to seal the documents because Plaintiff's privacy interest in the financial-account information outweighs any public interest in accessing that sensitive information. Accordingly, Plaintiffs' Motion to Seal Documents is **GRANTED** [Doc. 59], and the Clerk of Court is **DIRECTED** to seal the attachments at Doc. 58-1.

**SO ORDERED,** this 26th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[9] Doc. 59 at 1; *see* Doc. 58-1 at 5 (image of check containing the parties' financial-account numbers).